1
2
3
4          UNITED STATES DISTRICT COURT
5          FOR THE DISTRICT OF WASHINGTON
6
7   VALERIE ELIZABETH LANDRY,        No. CV-12-5086-CI
8                Plaintiff,          **ORDER GRANGING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**
9   vs.
10
11  CAROLYN W. COLVIN, acting
    Commissioner of Social Security,[1]
12
13               Defendant.
14

15   BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney Thomas A. Bothwell represents Plaintiff; Special Assistant United States Attorney Franco L. Becia represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file, and proposed order,

**IT IS ORDERED:**

1.  The parties Motion to Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to FED. R. CIV. P. 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will conduct a new hearing, further develop the record, and issue a new decision. In additional proceedings, the ALJ will re-evaluate Plaintiff's residual functional capacity; re-evaluate the evidence at step four of the sequential evaluation process; and, if warranted, seek supplemental vocational expert testimony to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform. Before relying on any vocational expert evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles.

2. Judgment shall be entered for the PLAINTIFF.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 16,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED March 14, 2013.

          S/ CYNTHIA IMBROGNO
    UNITED STATES MAGISTRATE JUDGE