UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| VALERIE ELIZABETH LANDRY , <br><br>Plaintiff, <br>v. <br>CAROLYN W. COLVIN, <br>Commissioner of Social Security, <br><br>Defendant. | No. CV-12-5086-CI <br><br>JUDGMENT IN A CIVIL CASE |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED:  March 14, 2013

                                              SEAN McAVOY <br>
                                              District Court Executive/Clerk

                                              s/ L. Stejskal <br>
                                              Deputy Clerk